AAUNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

WILLIE CURTIS,

        Plaintiff,                  Case No. 1:22-cv-163

v.                                          Honorable Ray Kent

UNKNOWN BURGESS et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:  April 24, 2023                      /s/ Ray Kent
                                                            Ray Kent
                                                             United States Magistrate Judge